**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 17-cr-197 (TSC)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **HOLLIE ANN NADEL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S NOTICE OF FILING**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies this Court that the defendant received a full and unconditional pardon on January 15, 2026. The pardon warrant is attached to this filing.

Respectfully submitted,

JEANINE F. PIRRO
United States Attorney
for the District of Columbia

By:    /s/ *Rachel Forman*
Rachel Forman
V.A. Bar No. 89169
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-805-1261
Rachel.Forman2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this March 16, 2026, a copy of the foregoing was served on counsel of record for the defendant via this Court's electronic filing system.

       /s/ *Rachel Forman*
       Rachel Forman
       Assistant United States Attorney

# Executive Grant of Clemency

# **Donald J. Trump**

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO THE INDIVIDUAL NAMED BELOW**

### **A FULL AND UNCONDITIONAL PARDON**

For those offenses against the United States individually enumerated and set before me for my consideration:

United States v. Nadel, 1:17-CR-197

### HOLLIE ANN NADEL

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to administer and sign this grant of clemency to the person named herein. The Pardon Attorney shall declare that his action is the act of the President, being performed at my direction.

IN TESTIMONY WHEREOF, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this* **15th** *day of January in the year of our Lord Two Thousand and Twenty-Six and of the Independence of the United States the Two Hundred and Fiftieth.*



DONALD J. TRUMP
PRESIDENT